IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOUGLAS J. GEORGE, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No.: 4:18-CV-4249 |
| § | |
| ANDREW SAUL, § | |
| COMMISSIONER OF THE § | |
| SOCIAL SECURITY ADMINISTRATION, § | |
| § | |
| *Defendant*. § | |

## **FINAL JUDGMENT**

On April 30, 2019, the parties consented to proceed before a United States magistrate judge for all purposes, including the entry of a final judgment under 28 U.S.C. § 636(c). In accordance with this court's memorandum and order reversing the Commissioner's final decision denying George's request for social security benefits, it is

**ORDERED** that this case is remanded pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the court's memorandum and order.

This is a **FINAL JUDGMENT**.

Signed on January 31, 2020, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge